MARK SIMON and another *vs.* HENRY E. MANN and Garnishee.

May 1, 1884.

*In re Mann, ante,* p. 60, followed in this case.

This action was brought in the district court for Ramsey county, and on March 11, 1884, a garnishee summons was issued and served on James A. Owens. On March 15, 1884, judgment was entered against the defendant Mann, and on March 20, 1884, the garnishee disclosed that he held the property of Mann under the assignment involved in the last preceding case. The plaintiffs appeal from an order of *Simons,* J., discharging the garnishee.

*C. S. Rohrer,* for appellants.

*O'Brien, Eller & O'Brien,* for respondent Mann.

*Rogers & Rogers,* for respondent Owens.

BERRY, J. The questions raised upon this appeal are disposed of *In re Mann, ante,* p. 60. If the assignment is valid, it is not claimed that the garnishment is of any effect. But see *Colby* v. *Coates,* 6 Cush. 558; *Dewing* v. *Wentworth,* 11 Cush. 499; Drake on Attachment, § 511; *Donohue* v. *Ladd,* 31 Minn. 244.

Order affirmed.